STATE of Missouri, Respondent,

v.

Florine MCBRIDE, Appellant.

ED 102149

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 8, 2015

Timothy J. Forneris, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Christine Lesicko, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Florine McBride ("Defendant") appeals from the trial court's judgment convicting her of assault in the second degree, in violation of Section 565.060.1, RSMo, and armed criminal action, in violation of Section 571.015.1. She was sentenced as a prior offender to a total of five years in prison. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their

information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).